**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-6046**

─────────

DIEUNIOUS CADEJUSTE,

                    Petitioner - Appellant,

    versus

GEORGE KALOROUMAKIS; J. JOSEPH CURRAN, JR.,
Attorney General of the State of Maryland,

                    Respondents - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District Judge.
(CA-99-2299-H)

─────────

Submitted: May 25, 2000          Decided: June 5, 2000

─────────

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Dieunious Cadejuste, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, Jason Frederick Trumpbour,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dieunious Cadejuste seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Cadejuste v. Kaloroumakis, No. CA-99-2299-H (D. Md. Nov. 30, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on November 29, 1999, the district court's records show that it was entered on the docket sheet on November 30, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).